**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARGARET LISTER, as personal
representative of the Estate of Clint
Joshua Grey, deceased, and
KIMBERLY GREY, individually,

    Plaintiffs,

v.                                  CASE NO: 8:04-cv-2663-T-26TGW

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.
    _____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) The Court will conduct an expedited hearing on Plaintiffs' Motion to Compel Discovery From Defendant Hillsborough County Sheriff on Wednesday, March 29, 2006, at 10:00 a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2) Defendant Henderson shall file an expedited response to the motion on or before 12 noon, Tuesday, March 28, 2006.

**DONE AND ORDERED** at Tampa, Florida, on March 24, 2006.

                                s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record