UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARET LISTER, as personal
representative of the Estate of Clint
Joshua Grey, deceased, and
KIMBERLY GREY, individually,

    Plaintiffs,

v.                                      CASE NO: 8:04-cv-2663-T-26TGW

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the parties' written and oral submissions, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Defendant Sheriff of Hillsborough County shall produce redacted copies of the medical files of the pregnant female inmates which were discussed during the hearing to Plaintiffs on or before May 12, 2006, following payment by Plaintiffs of the sum of $1,900. Pursuant to Plaintiffs' stipulation, and in the event Defendant Sheriff prevails in this case and is otherwise entitled to taxable costs in accord with 28 U.S.C. § 1920, the Court will reserve jurisdiction to tax as costs the sum Defendant Sheriff claims was actually expended to produce these files.

2) The Court will reserve jurisdiction to determine whether Plaintiffs are entitled to any of the redacted information contained in these files.

3) The medical records of Plaintiff Kimberly Grey, which were the subject of Defendant Prison Health Services, Inc.'s motion to compel and this Court's subsequent order with respect to that motion[1] and which were produced to that Defendant following the hearing, shall be kept confidential and shall only be disseminated to that Defendant's mental health expert witness for use in formulating an expert opinion. Defendant Prison Health Services, Inc., shall return the records to Plaintiff Kimberly Grey's counsel at the conclusion of this case.

4) Defendant Prison Health Services, Inc., shall produce to Plaintiffs' mental health expert on or before May 8, 2006, the raw data relied on by that Defendant's mental health expert in formulating an opinion regarding Plaintiff Kimberly Grey.

**DONE AND ORDERED** at Tampa, Florida, on May 4, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See dockets 124 and 125.