**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARGARET LISTER, as personal
representative of the Estate of Clint
Joshua Grey, deceased; and
KIMBERLY GREY, individually,

    Plaintiffs,

v.                                                                            CASE NO: 8:04-cv-2663-T-26TGW

PRISON HEALTH SERVICES, INC.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of Defendant Prison Health Services, Inc.'s Notice of Filing (Dkt. 158), it is ordered and adjudged that Plaintiffs' Renewed Motion to Deem Matters Admitted and for Sanctions (Dkt. 155) is denied.

The Court also deems it appropriate to address Plaintiffs' counsel's comment regarding the alleged impropriety of this Court's denial of the earlier motion to deem matters admitted and for sanctions. Plaintiff's counsel "respectfully" faults this Court for raising an issue not raised by defense counsel. What Plaintiffs' counsel fails to appreciate is that this Court has an overriding obligation to adhere to well-settled legal principles in deciding disputed issues *even if* counsel for the parties fail to bring those principles to the attention of the Court. It would be a sad commentary on our justice system if a court were prohibited from correctly resolving disputes by the application of controlling precedent known to the court simply because counsel

for the parties were derelict in their duty by not informing the court of that precedent. Notwithstanding Plaintiffs' counsel's "respectful" criticism, this Court will continue to inform itself with regard to controlling law and will apply that law even if not argued or presented by counsel for the parties.

**DONE AND ORDERED** at Tampa, Florida, on May 31, 2006.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record