**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARGARET LISTER, as Personal Representative
of the Estate of Clint Joshua Grey, deceased; and
KIMBERLY GREY, individually,

     Plaintiffs,

v.                               CASE NO: 8:04-cv-2663-T-26MAP

PRISON HEALTH SERVICES, INC., et al.,

     Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged as follows:

    1) Defendants' Motion to Strike Plaintiffs' Expert or Limit Testimony (Dkt. 164) is denied without prejudice for two reasons. First, Defendants' counsel failed to comply with the requirements of Local Rule 3.01(g). Second, the Court prefers to have Plaintiffs' counsel proffer the qualifications of the expert and the basis for his respective opinions outside the presence of the jury during the trial proceedings, following which the Court will determine whether his opinions are admissible under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), and its progeny.

    2) Plaintiffs' Motion for Partial Summary Judgment (Dkt. 171) is stricken because of counsel's failure to comply with paragraph 6(b) of the Court's summary judgment procedures set forth in the Case Management and Scheduling Order entered April 18, 2005.

3) Plaintiffs shall file their responses to Defendants' motions for summary judgment on or before June 19, 2006.

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2006.


    s/*Richard A. Lazzara*

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record