**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARGARET LISTER, as Personal Representative
of the Estate of Clint Joshua Grey, deceased; and
KIMBERLY GREY, individually,

    Plaintiffs,

v.                                                                 CASE NO: 8:04-cv-2663-T-26TGW

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the Joint Motion for Rehearing, Reconsideration and/or Clarification (Dkt. 189), it is ordered and adjudged that the Motion is denied. Defendants are raising new issues never brought before the Court. The parties may renew their arguments at the appropriate stage at trial.

**DONE AND ORDERED** at Tampa, Florida, on June 30, 2006.

                                                   s/*Richard A. Lazzara*
                                                   **RICHARD A. LAZZARA**
                                                   **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record