**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARGARET LISTER, as Personal Representative
of the Estate of Clint Joshua Grey, deceased; and
KIMBERLY GREY, individually,

    Plaintiffs,

v.                                    CASE NO: 8:04-cv-2663-T-26MAP

PRISON HEALTH SERVICES, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Prison Health Services, Inc.'s Motion to Strike Claim for Punitive Damages (Dkt. 214) filed by newly retained counsel,[1] is denied without prejudice because the motion is in reality a disguised motion for partial summary judgment seeking judgment as a matter of law with respect to an element of damages.[2] However, the time for filing dispositive motions has long since expired.[3] Defendant may renew the motion at trial in the context of a motion for judgment as a matter of law pursuant to Rule 50, Federal Rules of Civil Procedure. Newly retained counsel is cautioned regarding the

---

    [1] The Court notes that defense counsel entered his appearance on July 5, 2006. See docket 199.

    [2] Given this disposition of the motion, the Court needs no response from Plaintiff.

    [3] The Court notes that this Defendant did seek summary judgment with regard to other damages in its motion for summary judgment. See docket 165, pages 18-19. Why it did not also seek judgment as a matter of law with respect to punitive damages is unexplained.

filing of similar type motions on the eve of trial and long after the time for filing dispositive motions has expired.

**DONE AND ORDERED** at Tampa, Florida, on July 11, 2006.

        s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record